

1:19 MJ 9228

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**PROBATION OFFICE**

Petition for Warrant
with Attached Request for
Court Action Direction Detailing Probable Cause

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/09

Offender: Aviles, Rosario, Jean                    Docket Number: 09-CR-202

Judge: Honorable Gerard E. Lynch, U.S. District Judge

Date of Original Sentence:   December 20, 2005

Original Offense:   Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance, in violation of 21 USC 841, (b) (1) (B), a class B felony.

Original Sentence:   Forty Six (46) Months Imprisonment, followed by Four (4) Years Supervised Release.

Type of Supervision:   Supervised Release       Date Supervision Commenced:   August 8, 2008

---

### PETITIONING THE COURT TO ISSUE A WARRANT

The offender has not complied with the following conditions of supervision:

Nature of Noncompliance

1  ON OR BEFORE JANUARY 20, 2009, THE RELEASEE USED A CONTROLLED SUBSTANCE, TO WIT, OPIATES. MANDATED CONDITION, MANDATORY REVOCATION, GRADE C VIOLATION.

2  ON OR ABOUT JANUARY 27, 2009, THE RELEASEE FAILED TO COMPLY WITH DRUG TESTING, IN THAT HE FAILED TO REPORT FOR RANDOM URINE, AS DIRECTED. MANDATED CONDITION, MANDATORY REVOCATION, GRADE C VIOLATION.

(Rev eVOP 12/06/07)

Aviles, Rosario, Jean                                    52403 - Marcela Bravo

2

3   ON OR AFTER JANUARY 27, 2009 THE RELEASEE FAILED TO REPORT TO THE U.S. PROBATION OFFICER AS DIRECTED. SPECIAL CONDITION, MANDATORY REVOCATION, GRADE C VIOLATION.

U.S. Probation Officer Recommendation:

The term of supervision should be:

Revoked

I declare under penalty of perjury that the foregoing is true and correct. (Supporting documentation is attached)

Respectfully submitted,

Michael J. Fitzpatrick
Chief U.S. Probation Officer

Marcela Bravo
United States Probation Officer
212-805-5137

Approved By:

_____  3/14/09
Peter A. Merrigan   Date
Supervising United States Probation Officer

(Rev. eVOP 12/06/07)